# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

11-15-02

BUTTERBALL FARMS, INC. and
LEO PETERS LIVING TRUST,

        Plaintiffs,

v.

SIGNATURE BUTTER FARMS, INC.,

        Defendant.

Case No. 01-8650 DIMITROULEAS

Magistrate Judge Seltzer

## SPECIAL VERDICT

1. Has Butterball proven by a preponderance of the evidence that Signature has infringed Trademark Registration No. 2,392,566.

   ✓ YES (for Butterball)    _____ NO (for Signature)

2. Has Butterball proven by a preponderance of the evidence that Signature has infringed Butterball's unregistered trade dress in rose designs.

   ✓ YES (for Butterball)    _____ NO (for Signature)



3. Has Signature proven by a preponderance of the evidence that Butterball's Trademark Registration No. 2,393,566 in invalid.

_____ YES (for Signature)       √_____ NO (for Butterball)

4. If your answer to either Question No. 1 or Question No. 2 is YES, what is the amount of damages for Signature's infringement?

$ 209,000

SO SAY WE ALL.

Martin E Goodman
Foreperson

Dated: 11/15/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2002 NOV 20 PM 4:41

CLERK U.S. DIST. CT.
S.D. OF FLA. - FTL

| | |
|---|---|
| BUTTERBALL FARMS, INC. and<br>LEO PETERS LIVING TRUST,<br><br>        Plaintiffs,<br><br>    v.<br><br>SIGNATURE BUTTER FARMS, INC.,<br><br>        Defendant. | Case No. 01-8650 DIMITROULEAS/<br>SELTZER |

### INJUNCTION ORDER

Following the jury verdict of November 15, 2002, finding that United States Trademark Registration No. 2,392,566 is valid and has been infringed by Defendant and that Plaintiffs' trade dress in rose designs on butter pats has been infringed by Defendant, IT IS ORDERED AND ADJUDGED that:

    1. Defendant Signature Butter Farms, Inc., its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from using the trademark of United States Trademark Registration No. 2,392,566, or any

- 1 -



colorable imitation thereof, in connection with the sale, offering for sale, distribution, or advertising of butter or similar products and are permanently enjoined from using the rose design on butter pats which is illustrated as the Rosette in Exhibit 46 which is attached hereto and made a part hereof, or any colorable imitation thereof, in connection with the sale, offering for sale, distribution, or advertising of butter or similar products.

   This Court retains jurisdiction to render such further orders as is necessary to ensure compliance with this injunction.

   DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of November, 2002.

_____
Barry S. Seltzer
United States Magistrate Judge

# Blossom

# Signature
## Butter Farms, Inc.
*"Where butter is a work of art"*



| UPC | Description | Pack | Portion | Net Wt. | Gross Wt. |
|---|---|---|---|---|---|
| 684062-16741 | Salted Balls | 6 x 3lb. | .25 Oz. | 18.00 | 20.00 |
| 684062-16742 | Unsalted Balls | 6 x 3lb. | .25 Oz. | 18.00 | 20.00 |
| 684062-66273 | Unsalted Blossom | 600 | .3 Oz. | 11.25 | 12.25 |
| 684062-66274 | Salted Blossom | 600 | .3 Oz. | 11.25 | 12.25 |
| 684062-15673 | Unsalted Rosette | 600 | .25 Oz. | 9.50 | 11.00 |
| 684062-15672 | Salted Rosette | 600 | .25 Oz. | 9.50 | 11.00 |

**All portions are solid butter and certified Kosher OUD**

## Drops

**Featuring EZ Pop & Serve Trays**

**PLAINTIFF'S EXHIBIT 46**

Signature Specialty Butters are made with the finest 93 score sweet cream butter.


**Custom logos are our specialty**

## Rosette

Manufactured By Signature Butter Farms Inc - Wellington FL 33414
**Tel: (561) 841-1881 * Toll Free (866) 813-6595**
www.signaturebutter.com * email: sales@signaturebutter.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 01-8650-CIV-DIMITROULEAS

BUTTERBALL FARMS, INC., and
LEO PETERS LIVING TRUST,

    Plaintiffs,

vs.

SIGNATURE BUTTER FARMS, INC.,

    Defendant.

_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court, upon the consent off the parties, for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

IT IS ORDERED and ADJUDGED that:

1. Plaintiffs' United States Trademark Registration No. 2,392,566 is valid;

2. Defendant has infringed United States Trademark Registration No. 2,392,566;

3. Defendant has infringed Plaintiffs' unregistered trade dress in rose designs on butter pats;

4. Plaintiffs shall recover from Defendant the sum of $209,000 as damages for Defendant's infringement;

5. The Court shall retain jurisdiction for purposes of determining Plaintiff's entitlement to costs;



6. To the extent not otherwise ruled upon, all pending motions are denied as moot; and

7. The Clerk shall close the case.

DONE and ORDERED in Fort Lauderdale, Florida this 20th day of November 2002.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

John W. Chestnut, Esquire
Greer Burns & Crain
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606

Edward F. McHale, Esquire
McHale & Slavin, P.A.
4440 PGA Boulevard, Suite 402
Palm Beach Gardens, Florida 33410