IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

LION ROCK LICENSING
CORPORATION,
and BUTTERBALL FARMS, INC.

        Plaintiffs/ Counter-Defendant,

v.

BUTTER EMPORIUM LLC,

        Defendant/Counter-Plaintiff.

Civil Action No. 2:19-cv-11590

Hon. Marianne O. Battani

Magistrate Judge R. Steven Whalen

---

| | |
|---|---|
| WARNER NORCROSS + JUDD LLP<br>Brian D. Wassom (P60381)<br>Mary C. Bonnema (P48789)<br>45000 River Ridge Drive, Suite 300<br>Clinton Township, Michigan 48038<br>(248) 784-5039<br>bwassom@wnj.com<br>mbonnema@wnj.com<br><br>*Attorneys for Plaintiffs/Counter-Defendants* | MILLER CANFIELD PADDOCK AND STONE P.L.C.<br>Amy M. Johnston (P51272)<br>Anita C. Marinelli (P81986)<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>Tel: (313) 963-6420<br>johnston@millercanfield.com<br>marinelli@millercanfield.com<br><br>PORTER HEDGES LLP<br>Jonathan M. Pierce<br>1000 Main Street, 36th floor<br>Houston, Texas 77002<br>Tel: (713) 226-6694<br>jpierce@porterhedges.com<br><br>*Attorneys for Defendant/Counter-Plaintiff* |

---

**STIPULATED ORDER EXTENDING DATES**

Plaintiffs/Counter-Defendants, Lion Rock Licensing Corporation and Butterball Farms, Inc., and Defendant/Counter-Plaintiff Butter Emporium LLC, hereinafter referred to as the "Parties," believe that a 90-day extension of the deadlines in this Court's [DE 14] Scheduling Order is warranted for multiple reasons. Even before the current COVID-19 pandemic began, the Parties represent that they had been having difficulty with timely collecting, processing, and producing information responsive to discovery requests. Following the outbreak, those efforts—like most litigation across the country—have been slowed further, and the process of gathering evidence from witnesses has become even more challenging. Therefore, it is hereby stipulated among the Parties and ORDERED that the Court's [DE 14] Scheduling Order is hereby AMENDED as follows:

| EVENT | DEADLINE |
| --- | --- |
| Plaintiff's Expert Disclosures | 7/15/2020 |
| Defendant's Expert Disclosures | 8/28/2020 |
| Fact and Expert Discovery | 9/25/2020 |
| Dispositive Motions filed by | 10/30/2020 |
| Case Evaluation | N/A |
| Settlement Conference with clients | To be set by Court |

**IT IS SO ORDERED.**

Date: April 9, 2020                         s/Marianne O. Battani
                                            Hon. Marianne O. Battani
                                            United States District Court Judge

SO STIPULATED:

/s/ Brian D. Wassom
WARNER NORCROSS + JUDD LLP
Brian D. Wassom (P60381)
Mary C. Bonnema (P48789)
45000 River Ridge Drive, Suite 300
Clinton Township, Michigan 48038
(248) 784-5039
bwassom@wnj.com
mbonnema@wnj.com

*Attorneys for Plaintiffs/Counter-Defendants*

/s/ with consent of Jonathan M. Pierce
MILLER CANFIELD PADDOCK AND STONE P.L.C.
Amy M. Johnston (P51272)
Anita C. Marinelli (P81986)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Tel: (313) 963-6420
johnston@millercanfield.com
marinelli@millercanfield.com

PORTER HEDGES LLP
Jonathan M. Pierce
1000 Main Street, 36th floor
Houston, Texas 77002
Tel: (713) 226-6694
jpierce@porterhedges.com

*Attorneys for Defendant/Counter-Plaintiff*